## No. 17,600.

HELEN MASTEN, ET AL. *v.* GEORGE E. EISELE, ET AL.
(286 P. [2d] 625)

Decided August 8, 1955.

Mr. JULIUS I. GINSBERG, Mr. C. R. FROMAN, for plaintiffs in error.

Messrs. ROBINSON & CURRAN, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.